IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02276-REB-KMT

RAUL TRETO,

    Plaintiff,

v.

BOULDER COUNTY,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: September 20, 2011.

                BY THE COURT:

                s/ Robert E. Blackburn

                UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02276-REB-KMT

Raul Treto
14955 Vine St.
Thornton, CO 80602

US Marshal Service
Service Clerk
Service forms for: Boulder County

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Boulder County: TITLE VII COMPLAINT FILED 08/30/2011, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on September 21, 2011.

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                   Deputy Clerk