**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  11-cv-02276-REB-KMT

RAUL TRETO,

     Plaintiff,

v.

BOULDER COUNTY,

     Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the following: 1) the defendant's **Motion to Dismiss Amended Complaint** [#28][1] filed October 3,2012; and 2) the **Recommendation of United States Magistrate Judge** [#30] filed March 15, 2013, which addresses the motion to dismiss.  Because no objections to the recommendation have been filed, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, much less plain error, in the magistrate judge's recommended disposition of this case, I find and conclude that the recommendation should be approved and adopted as an order of this court.

In its motion, the defendant seeks dismissal of the plaintiff's complaint under FED.

---

[1]  "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2]  This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

R. CIV. P. 12(b)(1) and (6).  In her recommendation, the magistrate judge examines the

allegations in the plaintiff's amended complaint [#26] and applies properly the standards

applicable under FED. R. CIV. P. 12(b)(1) and (6).  I agree with the conclusions of the

magistrate judge that, accepting the plaintiff's factual allegations as true, the complaint

does not state a claim for which relief can be granted.  In addition, I agree with the

magistrate judge that this court may not properly exercise jurisdiction over any state law

claim the plaintiff intends to assert.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Order and Recommendation of United States Magistrate Judge**

[#30] filed March 15, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the defendant's **Motion to Dismiss Amended Complaint** [#28] filed

October 3,2012, is **GRANTED**;

3.  That under FED. R. CIV. P. 12(b)(1) and (6), the plaintiff's amended complaint

[#26] is **DISMISSED** without prejudice;

4.  That  **JUDGMENT SHALL ENTER** in favor of the defendant, Boulder County,

and against the plaintiff, Raul Treto;

5.  That defendant is **AWARDED** its costs to be taxed by the clerk of the court in

the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1;

and

6.  That this case is **CLOSED**.

Dated September 3, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge

2