**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02276-REB-KMT

RAUL TRETO,

      Plaintiff,

v.

BOULDER COUNTY,

      Defendant.

---

**FINAL JUDGMENT**

---

      Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

      A.  Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#31] entered by Judge Robert E. Blackburn on September 3, 2013, which order is incorporated by reference,

      **IT IS ORDERED** as follows:

      1.  That the defendants' **Motion To Dismiss Amended Complaint** [#28] filed October 3, 2012, is **GRANTED**;

      2.  That under FED. R. CIV. P. 12(b)(1) and (6), the plaintiff's amended complaint [#26] is **DISMISSED** without prejudice;

      3.  That **JUDGMENT IS ENTERED** in favor of the defendant, Boulder County, and against the plaintiff, Raul Treto; and

      3.  That defendant is **AWARDED** its costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 5th day of September, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
      Edward P. Butler
      Deputy Clerk